No. 96–8356.  ABELE v. SWIGERT.  C. A. 11th Cir.  Certiorari denied.

No. 96–8363.  CANNON v. SIMMS ET AL.  Super. Ct. Bibb County, Ga.  Certiorari denied.

No. 96–8365.  CRAIG v. BLACKBURN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–8370.  WHITEROCK v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 96–8372.  TREMBLAY v. SMITH ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 96–8373.  WERNER, AKA THOMAS v. MCCOTTER, EXECUTIVE DIRECTOR, UTAH DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–8375.  GARY v. TURPIN, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 96–8378.  HOEKSTRA, BY AND THROUGH HER PARENTS, HOEKSTRA ET AL. v. INDEPENDENT SCHOOL DISTRICT NO. 283.  C. A. 8th Cir.  Certiorari denied.

No. 96–8381.  CLAYTON v. CLAYTON.  Ct. App. Ind.  Certiorari denied.

No. 96–8384.  HOWARD v. HOWARD.  Ct. App. Ohio, Lucas County.  Certiorari denied.

No. 96–8385.  ECHOLS v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 96–8386.  BERNYS v. WING ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 96–8387.  SPICER v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 96–8390.  BROWN v. BONACCORSO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–8394.  ALTSCHUL v. TEXAS (four judgments).  Ct. Crim. App. Tex.  Certiorari denied.